UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,

       Plaintiff,

   v.                       NO. CIV. S-04-2344 LKK/JFM

MICHAEL DAUGHERTY,

       Defendant.
_____/
AND RELATED COUNTER-CLAIM AND
THIRD-PARTY COMPLAINT.
_____/

    The court is in receipt of the joint request to amend the status order.  A telephonic Status Conference was held with the parties on November 30, 2005.  At that hearing, the court ordered that all dates heretofore set are VACATED and the following dates are SET:

    1.  Exchange and filing of expert reports: January 15, 2006;

    2.  Discovery motion cut off:  March 9, 2006;

    3.  Law and Motion cut off:  May 9, 2006;

    4.  Pretrial Conference: August 14, 2006 at 2:30 p.m.;

1

1  and

2       5.   Trial: November 14, 2006 at 10:30 a.m.

3       Trial will be by jury.   The parties estimate in good faith

4  that the trial will last approximately five (5) days.

5       No further extensions will be granted.

6       IT IS SO ORDERED.

7       DATED:   December 2, 2005.

8                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26