| | |
|---|---|
| 1 | DUANE M. GECK (State Bar No. 114823) |
| 2 | DAVID E. PINCH (State Bar No. 124851) |
|   | SEVERSON & WERSON |
|   | A Professional Corporation |
| 3 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | FORD MOTOR CREDIT COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | Case No.: CIV.S-04-2344 LKK JFM |
| Plaintiff, | **ORDER GRANTING DISCOVERY STIPULATION** |
| vs. | **(Local Rule 37-251)** |
| MICHAEL DAUGHERTY, | HEARING- |
| Defendant. | Date: March 2, 2006 |
|   | Time: 11:00 a.m. |
|   | Courtroom: 26 |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | Magistrate Judge: John F. Moulds |
|   | Date Action Filed: November 2, 2004 |
|   | Trial Date: August 8, 2006 |

Pursuant to the Joint Statement Re: Discovery Stipulation, Ford Motor Company and Michael Daugherty filed on February 24, 2006, the parties have reached an agreement to resolve the discovery disputes identified in Ford Motor Credit Company's motion to compel discovery set to be heard on March 2, 2006. The Court approves the agreement of the parties and orders as follows:

IT IS HEREBY ORDERED THAT:

1. Daugherty shall provide further responses to the Interrogatories. To the extent that he continues to rely upon documents as his response to the Interrogatories, he will describe the

PDF created with pdfFactory trial version www.pdffactory.com

documents with sufficient detail to allow Ford Motor Credit Company to locate and analyze the document. The further responses are to be produced no later than March 2, 2006.

2. Daugherty shall provide further responses to the Demand for Production of Documents. To the extent that he continues to assert that Ford Credit is in possession of the documents, he will describe the documents with sufficient detail to allow Ford Motor Credit Company to locate and analyze the document. The further responses are to be produced no later than March 3, 2006.

3. Ford Credit will have to the close of business on March 13, 2006, to review the additional responses to both the Interrogatories and Demand for Production of Documents to demand further responses. The parties agree to cooperate in negotiating and settling any further discovery disputes.

4. The motion to compel currently scheduled for March 2, 2006, at 11:00 before Magistrate Judge John F. Moulds is continued to the next available calendar date of March 30, 2006, at 11:00 a.m. Provided that Ford Credit is satisfied with the additional responses, it will notify the Court and withdraw the motion to compel. If the parties are unable to resolve any further discovery disputes, then the parties shall comply with Local Rule 37-251 and shall file a new Joint Statement re: Discovery Dispute at least three court days prior to March 30, 2006.

SO ORDERED

DATED: February 27, 2006.

/s/ JOHN F. MOULDS
John F. Moulds, Magistrate Judge
United State District Court

10872/0005/573086.1

- 2 -

ORDER GRANTING DISCOVERY STIPULATION
Case No.: CIV.S-04-2344 LKK JFM

PDF created with pdfFactory trial version www.pdffactory.com