UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DAUGHERTY,<br><br>Defendant.<br><br>AND RELATED COUNTER-ACTIONS | Case No.: CIV.S-04-2344 LKK JFM<br><br>**AMENDED JUDGMENT** |

DECISION BY THE COURT:  This action came on for hearing on a summary judgment motion filed by Plaintiff and Counter-defendant Ford Motor Credit Company against Defendants and Counterclaimants Michael Daugherty and Daugherty Lincoln Mercury, Inc.  The issues have been heard and a decision has been rendered.  The findings of the Court are contained in an Order dated May 1, 2006, and entered May 2, 2006.  Pursuant to that Order, the Court enters Judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Ford Motor Credit Company and against Michael Daugherty and Daugherty Lincoln Mercury for the following amounts:

| | |
|---|---|
| Principal: | $374,711.14 |
| Interest: | $130,506.53 |
| Total: | $505,217.67 |

Reasonable attorneys' fees and costs to be determined by noticed motion pursuant to Federal Rules of Civil Procedure 54 and Local Rule 78-230.

The Counterclaims and Third-party Claims filed by Michael Daugherty and Daugherty Lincoln Mercury, Inc. against Ford Motor Credit Company and Ford Motor Company are denied in their entirety and dismissed with prejudice. Michael Daugherty and Daugherty Lincoln Mercury shall take nothing by any of their affirmative claims.

DATE: May 15, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior Judge

PDF created with pdfFactory trial version www.pdffactory.com