UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL DAUGHERTY,<br><br>  Defendant.<br><br>AND RELATED COUNTER-ACTIONS | Case No.: CIV.S-04-2344 LKK JFM<br><br>**SECOND AMENDED JUDGMENT (INCLUSION OF ATTORNEYS' FEES AND COSTS AWARD)** |

DECISION BY THE COURT: This action came on for hearing on a summary judgment motion filed by Plaintiff and Counter-defendant Ford Motor Credit Company against Defendants and Counterclaimants Michael Daugherty and Daugherty Lincoln Mercury, Inc. The issues have been heard and a decision has been rendered. The findings of the Court are contained in an Order dated May 1, 2006, and entered May 2, 2006.

Plaintiff Ford Motor Credit Company timely moved the Court for an award of attorneys' fees and costs. The Court granted the motion for attorneys' fees and costs by ordered entered on July 19, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to that Order, the Court amends Judgment, effective as of May 16, 2006, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Ford Motor Credit Company and against Michael Daugherty and Daugherty Lincoln Mercury for the following amounts:

| | |
|---|---|
| Principal: | $374,711.14 |
| Interest: | $130,506.53 |
| Attorneys' Fees | $ 58,005.00 |
| Costs | $      644.00 |
| Total: | $563,866.67 |

Reasonable attorneys' fees and costs having been determined by noticed motion pursuant to Federal Rules of Civil Procedure 54 and Local Rule 78-230.

The Counterclaims and Third-party Claims filed by Michael Daugherty and Daugherty Lincoln Mercury, Inc. against Ford Motor Credit Company and Ford Motor Company are denied in their entirety and dismissed with prejudice. Michael Daugherty and Daugherty Lincoln Mercury shall take nothing by any of their affirmative claims.

DATE: September 21, 2006

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com